UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TABITHA CHRISTINE HARTER, | Civil No. 3:16-CV-05304-BHS |
| Plaintiff, | |
| vs. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

JUDGMENT is entered for Plaintiff pursuant to sentence four of 42 U.S.C. § 405(g), and this case is closed.

Dated this 14th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:16-CV-05304-BHS]

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov